Fredy Emetelio MAZARIEGOS–
DIAZ, Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney
General, Respondent.

No. 04–60652.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 13, 2006.

Gloria Sarahi Echevarria, Houston, TX,
for Petitioner.

Thomas Ward Hussey, Director, U.S.
Department of Justice, Office of Immigra-
tion Litigation, James Arthur Hunolt, Car-
ol Federighi, U.S. Department of Justice,
Civil Division Immigration Litigation, John
Ashcroft, U.S. Department of Justice,
Washington, DC, Hipolito Acosta, U.S. Im-
migration & Naturalization Service, Hous-
ton, TX, Caryl G. Thompson, U.S. Immi-
gration & Naturalization Service, District
Directors Office, New Orleans, LA, for
Respondent.

Before JONES, WIENER, and
DeMOSS, Circuit Judges.

PER CURIAM: *

Fredy Emetelio Mazariegos–Diaz, a na-
tive and citizen of Guatemala, petitions this
court for review of the Board of Immigra-
tion Appeals' ("BIA") decision affirming
the Immigration Judge's ("IJ") denial of
Mazariegos–Diaz's application for asylum,
withholding of removal, and relief under
the Convention Against Torture ("CAT").

Mazariegos–Diaz has failed to challenge
the IJ's adverse credibility determination
in his petition for review and, thus, any
challenge to this determination is waived.
*See Thuri v. Ashcroft*, 380 F.3d 788, 793
(5th Cir.2004). Mazariegos–Diaz has also
failed to challenge the IJ's denial of his
application for asylum or relief under the
CAT. Therefore, these issues are also

---

waived. *See id.* Accordingly, Mazarie-gos–Diaz's petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.